AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

FOR THE _____ District of __COLUMBIA__

Courtney Anthony Bailey #27976-016
L.S.C.I. Allenwood
P.O. Box 1000, White Deer, Pa 17887
                Plaintiff

V.

1. GEORGE WALSH OF THE UNITED STATES MARSHAL SERVICE, 2. UNKNOWN DEPUTY MARSHAL, #. UNKNOWN NAMED UNITED STATES MARSHALS, AND 4. UNITED STATES MARSHALS SERVICE
                Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: **08 0283**

FILED
FEB 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, __Courtney Anthony Bailey__ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [X] Yes    [ ] No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __L.S.C.I., Allenwood__

   Are you employed at the institution? __Yes__    Do you receive any payment from the institution? __Yes__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    [ ] Yes    [ ] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes    [X] No
   b. Rent payments, interest or dividends             [ ] Yes    [X] No
   c. Pensions, annuities or life insurance payments   [ ] Yes    [X] No
   d. Disability or workers compensation payments      [ ] Yes    [X] No
   e. Gifts or inheritances                            [ ] Yes    [X] No
   f. Any other sources                                [X] Yes    [ ] No

   RECEIVED
   JAN 2 8 2008
   NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

My Sister (Kerry-Ann Bailey), sends me at least fifty $50 to at least one hundred $100 dollars, every 3 months. That is all the income that I receive, other than the pay at the institution. Other than her, I have no outside financial support.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

1-22-08                    Courtney Bailey
_____           _____
     Date                  Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.