UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COURTNEY ANTHONY BAILEY #27976-016
L.S.C.I., Allenwood
P.O. Box 1000
White Deer, Pennsylvania
17887
    Plaintiff,

v.

1. GEORGE WALSH OF THE UNITED STATES MARSHALS SERVICE, 2. UNKNOWN DEPUTY MARSHAL, 3. UNKNOWN NAMED UNITED STATES MARSHALS SERVICE AGENTS, AND
4. THE UNITED STATES MARSHALS SERVICE
  (The United States Marshals Service)
    Washington D.C. 20530-1000
    Defendants,

Case No. 08-0283

FILED
FEB 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S INTERROGATORIES TO DISCOVER
IDENTITIES AND ADDRESSES OF DEFENDANTS

    Pursuant to the Federal Rules of Civil Procedure, the Defendant(s) shall answer, under oath, the following interrogatories within 30 days of service at the Plaintiff's current address as indicated below.

*Courtney Bailey*
Courtney Anthony Bailey #27976-016
L.S.C.I., Allenwood
P.O. Box 1000
White Deer, Pennsylvania

### INTERROGATORIES

    1. Identify any and all United States Marshals officers who were involved in the transportation of prisoners from the District of Columbia Jail to the United States District Court for the District of Columbia, on February 18, 2005, and identify the deputy Marshal who transported Plaintiff on February 23, 2005, to the United States District Court for the District of Maryland.

    2. State the name, badge number, and address where process may be served on any person identified above in interrogatory one.

    3. Provide the rank, years of service, age, height, and weight of each individual identified in interrogatory one.

    4. If any individual named in response to interrogatory one is no longer employed as a United States Marshal, provide the date of termination.