THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COURTNEY ANTHONY BAILEY            :
                                   :
                                   :
            v.                     :         Civil Action No. 08-0283 CKK
                                   :
                                   :         RECEIVED
GEORGE WALSH, et al.,              :
                                   :         FEB 27 2008
                                   :
            ...oOo...                        NANCY MAYER WHITTINGTON, CLERK
                                             U.S. DISTRICT COURT

**MOTION FOR RECONSIDERATION PURSUANT TO LOCAL CIVIL RULES 72.2 (b)
AND 60(b) 1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Now Comes Courtney Anthony Bailey, on his own behalf, and unassisted by Counsel, Respectfully moves this Honorable Court pursuant to the Local Civil Rules 72.2 and 60(b)1 of the Federal Rules of Civil Procedure to relieve Plaintiff from the initial consideration by the Court dismissing Plaintiff's complaint, due to the fact that the Court made a mistake by construing Plaintiff's Civil Complaint as a "Federal Tort Claims Act 28 U.S.C. 2671 et seq.," and not a "Bivens Action" brought pursuant to "28 U.S.C. §1331(a), of which Plaintiff filed on January 28, 2008 as follows:

1. Plaintiff affirms and swears on his full commercial liability, and declares under the penalty of perjury, that the Civil Claim that the Clerk of the Court received on January 28, 2008, was a "Civil Cmplaint", which invoked the Court's jurisdiction pursuant to **"28 U.S.C. 1331(a) (federal question), Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971), and the Fourth and Fifth Amendments of the United States Constitution....see caption titled JURISDICTION AND VENUE of civil complaint.**

2. There is nothing in Plaintiff's civil Complaint that mentions the Federal Tort Claims Act 28 U.S.C. 2671 et seq., neither is Plaintiff attempting to invoke the Court's jurisdiction pursuant to the Federal Tort Claims Act.

1

3. A Bivens Action brought pursuant to 28 U.S.C. §1331(a) is a totally distinct statutory authority from the Federal Tort Claims Act brought under 28 U.S.C. 2671.

4. The Fourth Amendment itself give rise to a federal cause of action for damages consequent upon an unconstitutional arrest or search, "at least when the violation is committed by a federal officer." **Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971),** and because the United States Marshals are federal officers, who acted under federal authority, of which violated Plaintiff's rights protected by the Fourth Amendment of the United States Constitution, Plaintiff filed a Bivens Action pursuant to 28 U.S.C. §1331(a).

## CONCLUSION

Plaintiff's Civil Complaint is a **Bivens Action** brought pursuant to 28 U.S.C. **§1331(a), and the Fourth and Fifth Amendment of the United States Constitution,** and should not be construed as a "Federal Tort Claims Act"

## RELIEF

**WHEREFORE,** Plaintiff respectfully request that this Court set aside the dismissal order of the Court, for construing Plaintiff's Civil Complaint as a Federal Tort Claims Act, and also request that this Honorable Court proceed accordingly with Plaintiff's Civil Complaint brought pursuant to **Bivens v. Six Unknown Named Agents (28 U.S.C. 1331a), and further invokes this Court's jurisdiction pursuant to the Fourth and Fifth Amendment of the United States Constitution.**

### if relief is denied

Plaintiff would like an additional opinion for meaningfull appellate review as to:

Why Plaintiff's Civil Complaint was construed as a Federal Tort Claims Act, and not pursuant to a **Bivens Action,** of which Plaintiff invoked this Honorable Court's jurisdiction under.

## CERTIFICATE OF SERVICE

I, Courtney Anthony Bailey, do hereby that on this 23RD day of February 2008, this foregoing Motion was sent postage prepaid to:

Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C.
20001

*Courtney Bailey*
Courtney Anthony Bailey #27976-016
L.S.C.I., Allenwood
P.O. BOX 1000
White Deer, Pennsylvania
17887