UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COURTNEY ANTHONY BAILEY<br>R27976-016<br>Allenwood F.P.C.<br>Inmate Mail/Parcels<br>P.O. Box 1000<br>White Deer, PA 17887<br><br>                    Plaintiff<br>    v.<br><br>GEORGE WALSH,<br>United States Marshal Service<br><br>    and<br><br>UNKNOWN DEPUTY MARSHAL<br><br>    and<br><br>UNKNOWN NAME UNITED STATES<br>MARSHAL SERVICE AGENTS<br><br>    and<br><br>UNITED STATES MARSHAL SERVICE<br><br>                    Defendants. | Civil Action No.: 08-0283 (CKK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Harry B. Roback as counsel for Defendant United States Marshal Service in the above-captioned case.

Respectfully submitted,

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2008, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Courtney Anthony Bailey**, by U.S. Postage addressed as follows:

**Courtney Anthony Bailey**
R27976-016
Allenwood F.P.C.
Inmate Mail/Parcels
P.O. Box 1000
White Deer, PA 17887

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309