## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COURTNEY BAILEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 08-283 (CKK)** |
| ) | |
| **UNITED STATES MARSHALS** ) | |
| **SERVICE, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## MOTION TO EXTEND TIME FOR THE UNITED STATES
## MARSHALS SERVICE TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), the United States Marshals Service hereby moves for an 8-day extension of time to respond to the pro se plaintiff's complaint in this action. As the Marshals Service demonstrates below, good cause exists for this modest extension.[1]

1. In the complaint, Plaintiff alleges that the Marshals Service violated his constitutional rights by transferring him from the District of Columbia jail to the United States District Court for the District of Maryland. The Marshals Service transferred Plaintiff pursuant to an order from Magistrate Judge Kay of this Court.

2. The Marshals Service's response to the complaint is currently due on May 5, 2008. The individual Deputy Marshal named in the Complaint has not yet been served with a copy of the Complaint. Therefore, he currently does not have a deadline for responding to the Complaint. This motion does not waive any defenses that the Deputy Marshal may assert.

---

[1] Plaintiff is proceeding *pro se* and is incarcerated at a penitentiary. Therefore, Local Civil Rule 7(m) does not apply to this motion.

3.  The Marshals Service and its counsel have been working to assess the allegations made in Plaintiff's complaint and respond to those allegations.  Specifically, the Marshals Service plans to file a motion to dismiss.  However, counsel for the Marshals Service needs a modest extension to complete this motion.

4.  Plaintiff will not be prejudiced by this extension.

5.  This is Defendant's first request for an extension.

A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
Tel: 202-616-5309
harry.roback@usdoj.gov

April 30, 2008

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 30, 2008 I served plaintiff with Motion to Extend Time For

Defendant To Respond To Complaint by mailing it to the following address:

Courtney Bailey
R# 27976-016
Allentown FPC
P.O. Box 1000
White Deer, PA 17887


/s/ Harry B. Roback
Harry B. Roback

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
COURTNEY ANTHONY BAILEY,          )
                                  )
            Plaintiff,            )
                                  )
      v.                          )        Civil Action No. 08-283 (CKK)
                                  )
UNITED STATES MARSHALS            )
SERVICE, et al.,                  )
                                  )
            Defendants.           )
_____)

**PROPOSED ORDER**

Upon consideration of the Motion to Extend Time For Defendant United States Marshals

Service to Respond to the Complaint, it is hereby

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Defendant shall respond to the Complaint by May

13, 2008.

SO ORDERED.


Date: _____                    _____
                                             United States District Judge