UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

MAY - 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**COURTNEY ANTHONY BAILEY**
    **Plaintiff,**

v.

**UNITED STATES MARSHALS
SERVICE, et al**
    **Defendants.**

Civil Action No.
08-283 (CKK)

## MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56 (a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

**AND NOW COMES**, Courtney Anthony Bailey, a natural person, on his own behalf, unassisted by counsel, and Plaintiff hereinafter, moves this Honorable Court pursuant to Rule 56 (a) of the Federal Rules of Civil Procdure, to enter an order of Summary Judgment on Count 1 "false arrest/Fourth Amendment violation", and Count 2, "false imprisonment/Fifth Amendment violation", disposing counts 1 and 2 in the above captioned case in favor of the Plaintiff.

In Motion for Summary Judgment, burden is on moving party to establish that there are no genuine issue of material fact, and that Movant is entitled to judgment as a matter of law. D. Amore v. Am. Honda Co. 248 F Supp 2d (2002).

Plaintiff contends that there are no genuine issues of material fact, or triable issues on Counts 1 and 2, and Plaintiff is entitled to judgment as a matter of law as follows:

Some Courts have stated that a false arrest and false imprisonment are only distinguishable in terminology. The two have been

called virtually indistinguishable and identical. It has also been said that false arrest is a species of the common-law for false imprisonment, or that they are seperate causes of action that share the same elements. Dett v. State 891 A. 2d 1113 (2006). The gist of either tort is the unlawful detention. The difference between them lies in the manner in which they arise. "False arrest" is one of several ways of committing "false imprisonment". A person who is "falsely arrested" is at the same time "falsely imprisoned", and an unlawful arrest may give rise to a cause of action for either "false arrest" or "false imprisonment" Thus it has been stated that a "false arrest" and "false imprisonment" are not seperate torts, and that a "false arrest" is one way to commit "false imprisonment", since an arrest involves restraint, it always involves imprisonment.(Quoting from American Jurisprudence 2d "false imprisonment")

In other words, in order for Plaintiff to meet the burden of Summary Judgement, Plaintiff must prove without a shadow of a doubt that a jury will rule in Plaintiff's favor on count 1 "False arrest" to substantiate count 2 "false imprisonment".

Summary Judgment may be granted only if moving party shows that there are no genuine issues of material fact that would permit reasonable jury to find for non-moving party. Sanderson v Con't Cas. Corp. 279 F Supp 466 (2003).

In this motion hereafter, Plaintiff will establish his burden by proving that there are no genuine issues of material fact on Counts 1 and 2, "false arrest and false imprisonment", which will be supported by evidence to further substantiate why summary Judgment is appropiate on these two counts.

2

Rule 40 does not apply to persons already in custody of the United States; such persons may be tranferred from District of detention to District of trial by writ of Habeas Corpus Ad prosequendum.

This case law also applies when a person is in custody of a state sovereignty also.

On February 18, 2005, Unknown named United States Marshals agents, removed Plaintiff from the District of Columbia Jail, when they lack sufficient authority to bring Plaintiff into the U.S. District Court for the District of Columbia. See "Exhibit E", United States Marshals Central locator report for Bailey, Courtney dated February 18, 2005.

This removal of Plaintiff on February 18, 2005 by the U.S. Marshals constitutes a "false arrest" and an "unreasonable seizure" of Plaintiff's person in violation of the Fourth Amendment of the United States Constitution and the facts and exhibits are clear.

Plaintiff was (1) ordered detained at the District of Columbia Jail on February 17, 2005, pursuant to an order of the D.C. Superior Court, and (2) the United States Marshals arbitrarily removed Plaintiff from the D.C. Jail in direct contravention to the order of the Superior Court on February 18, 2005, not even twenty-four (24) hours later, which resulted in a "false arrest" and Fourth Amendment violation.

It is a Marshal duty to resist its process and call to his aide any force that might be neccessary to maintain the authority of law against illegal interferance. Ableman v Booth 62 U.S. 506 (1858).

There is no genuine issue of material fact that Plaintiff was ordered detained at the District of Columbia Jail, and the United States Marshals removed Plaintiff, when the only official that could have removed Plaintiff within a seventy-two (72) hour period was the State of Maryland officials, causing the "false arrest" of Plaintiff.

On February 17, 2005, Plaintiff appeared in the Superior Court pursuant to being arrested for unlawful possession of marijuana on February 16, 2005.

Plaintiff marihuana charge was dismissed and Plaintiff was COURT ORDERED to the State of Maryland to face charges of Failure to appear...see Court Clerk's Memorandum "Exhibit A".

The Honorable Judge Aida L. Melendez signed an order (ORDER FOR THE RETURN OF FUGITIVE UPON WAIVER). see "Exhibit "B", and "Exhibit "C" Superior Court's docket sheet entered February 17, 2005.

This order (ORDER FOR THE RETURN OF FUGITIVE UPON WAIVER), remanded Plaintiff to the custody of the D.C. Jail (District of Columbia Custody/Superior Court custody), to await extradition to the State of Maryland.

This means pursuant to the ORDER FOR THE RETURN OF FUGITIVE UPON WAIVER, Plaintiff was not to be removed from the D.C. Jail unless it was the State of Maryland.

In an action for false arrest or imprisonment, the critical question is whether the arrest was made in conformance to rules governing the validity of an arrest. Taylor v. Shields 3 ALR 1619 (1919).

On February 18, 2005, Unknown Named United States Marshals agents effectuated an arrest pursuant to Rule 40 of the Rules of Criminal Procedure over Plaintiff's person, when Rule 40 was inapplicable to Plaintiff, becuase Plaintiff was in custody of the District of Columbia, See Exhibit "D", Docket sheet for the U.S. District Court for the District of Columbia.

It was held in U.S. v Stephens 315 F. Supp 1008 (1970), that

3

Not only did the United States Marshals "false arrest" Plaintiff, but there actions lead to a deprivation of liberty on February 18, 2005, in violation of the Fifth Amendment of the United States Constitution, when Plaintiff was held without bond, pending removal to another district. see "Exhibit "F", Commitment to the Bureau of Prisons, and "Exhibit "G", Commitment to another District".

The United States Marshals caused Plaintiff to be committed to United States custody unlawfully, which constitutes "false imprisonment (Count 2), and a Fifth Amendment violation".

As of February 18, 2005 to April 24, 2006, Plaintiff was falsely imprisoned and unlawfully detained in U.S. Marshals custody, until the U.S. marshals transferred their unlawful detention and custody to the Bureau of Prisons. see Exhibit "H" and "I", U.S. Marshals individual custody and detention report..

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully request that the court grants this Motion for Summary Judgement on counts 1."false arrest", Fourth Amendment violation, and Count 2. "False imprisonment", Fifth Amendment violation, because there are no genuine issues of material facts to negate the facts, which are strongly supported by exhibit's to substantiate counts 1 and 2.

Respectfully,

Courtney Bailey

Courtney Anthony Bailey #27976-016
L.S.C.I.,Allenwood
P.O. Box 1000
White Deer, Pennsylvania
17887

5

## CERTIFICATE OF SERVICE

I hereby that on this 28th day of April, I caused a copy of Plaintiff's motion for summary judgment, Affidavit in support of summary judgment and exhibits in support of both to be served on counsel for defendants by mailing it first class mail, postage pre-paid to the following address:

Harry B. Roback
Assistant U.S. Attorney
Civil Division
501 Third Street N.W.
Washington D.C.
20530

Respectfully submitted,

Courtney Anthony Bailey
#27976-016
L.S.C.I., Allenwood
P.O. Box 1000
White Deer, Pennsylvania
17887

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COURTNEY ANTHONY BAILEY
    Plaintiff,

v.

UNITED STATES MARSHALS
SERVICE, et al
    Defendants.

Civil Action No.
08-283 (CKK)

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

AND NOW COMES, Courtney Anthony Bailey, a natural person, on his own behalf, unassisted by counsel, and Affiant hereinafter, being of majority age and competent to testify, My yes be yes, My no be no, do declare under the pains and penalties of perjury the truths and fact herin are of Affiant's best first-hand knowledge, true, correct, certain, complete, and not misleading as follows:

1. On February 16, 2005, Affiant was arrested in the District of Columbia, and charged with unlawful possession of marihuana.

2. On February 17, 2005, Affiant was brought into the Superior Court of the District of Columbia in front of the Honorable Aida L. Melendez, who dismissed Affiant's possession of marihuana charge.

3. The Honorable Aida L. Melendez then detained Affiant pursuant to a complaint filed by the State of Maryland charging Affiant as a Fugitive from Justice with failure to appear (FTA). see "Exhibit A" Court Clerk's Memorandum.

4. Affiant subsequently waived extradition, and on February 17, 2005, the Honorable Aida L. Melendez signed an order (ORDER FOR THE RETURN OF FUGITIVE UPON WAIVER). see "Exhibit B" and Superior Court's

1

SP 398, 05     SP 398, 05

L-3   2 of 2

# Superior Court of the District of Columbia

## SPECIAL PROCEEDINGS SECTION

UNITED STATES
VS
Lockup Nbr: Courtney Bailey
PDID:    DOB:    CCR:

474-919     8-13-78

A TRUE COPY
TEST: 5-15-07
Clerk, Superior Court of the District of Columbia
By: _____
Deputy Clerk

Cresta Savage 459 058

| DATE | COURT CLERK'S MEMORANDUM | JUDGE |
|---|---|---|
| FEB 17 2005 | AFFIDAVIT AND COMPLAINT FILED. FUGITIVE FROM THE STATE OF __MD__ CHARGING THE DEFENDANT WITH _____ RECEIVED AND FILED. JACKET FORWARDED TO COURTROOM C-10. | |
| 2/17/05 | Extradition _____ ~~~ 60 Day _____ Filed herein | |
| | per J. Melendez CJA certified | Melend |
| 2/18/05 | Per Detective Norma Roman a detainer is filed due to local charges. AUSA Rich Basile notified. Jacket forwarded to C-10 to disposition. | ESA SP Blanc |

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

Exhibit

| | |
|---|---|
| STATE OF  MARYLAND | PDID NO. 474919 |
| vs | SP NO. 39... |
| BAILEY, COURTNEY | 2005 FEB 19 P 3:34 |

RECEIVED

## ORDER FOR RETURN OF FUGITIVE UPON WAIVER

BAILEY, COURTNEY

on FEBRUARY 17, 2005, having appeared with Counsel in open Court and having waived further proceedings pursuant to law and indicated his desire to return voluntarily to the State of MARYLAND is hereby

ORDERED detained at the District of Columbia Jail pending return to the State of MARYLAND in the custody of the proper officials of that state; and it is

FURTHER ORDERED that if BAILEY, COURTNEY has not been surrendered to the custody of a proper official of the State of MARYLAND by FEBRUARY 23, 2005 (3 days, not including Saturday, Sunday or holidays), he shall be returned FORTHWITH to this Court for such further proceedings as the Court shall deem appropriate.

2/17/05
DATE

Aida L. Melendez
JUDGE

## RETURN

OFFICIAL: ........................
NAME

........................
ADDRESS

........................
TITLE

WHITE—COURT COPY
YELLOW—DEFENDANT'S COPY
PINK—JAIL COPY
GOLDENROD—COPY TO BE RETURNED TO COURT AFTER EXECUTED

Form CD-494/Nov. 87

5-1296 wd-234



2005 FUG 000398   In The Matter Of: BAILEY, COURTNEY A

Search Criteria
 Docket Entry                              Begin Date          SortDescending
 Images      All Dockets                   End Date
 Participant
 Display OptionExclude Non Display Dockets

Search Results

| Docket Date | Reference | Description | Amt Owed/ Amt Dism/Credit | Amount Due |
|---|---|---|---|---|
| 2/19/2005 | | COURTROOM C10. CASE NOLLED. J. ALPRIN/IC | | |
| 2/18/2005 | | PER DETECTIVE NORMA ROMAN, FUGITIVE SQUAD, A DETAINER IS FILED DUE TO LOCAL CHARGES. AUSA BASILE NOTIFIED. JACKET FORWARDED TO C-10 FOR DISPOSITION. EBC/SP | | |
| 2/17/2005 | | EXTRADITION HEARING WAIVED. DEFENDANT ORDERED TO DEMANDING STATE. ORDER FILED HEREIN. PER JUDGE MELENDEZ CJA CERTIFIED. EBC/SP BRANCH | | |
| 2/17/2005 | | AFFIDAVIT AND COMPLAINT FILED. FUGITIVE FROM THE STATE OF MARYLAND CHARGING THEDEFENDANT WITH FTA RECEIVED AND FILED. JACKET FORWARDED TO COURTROOM C-10. EBC/SP BRANCH | | |

CLOSED  Exhibit

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:05-mj-00086-AK-1
### Internal Use Only

Case title: USA v. BAILEY
Other court case number: 03-3467 CBD, 03-3468 CBD USDC for the District of Maryland

Date Filed: 02/18/2005

Assigned to: Magistrate Judge Alan Kay

### Defendant (1)

**COURTNEY ANTHONY BAILEY**  represented by  **David Walker Bos**
FEDERAL PUBLIC DEFENDER FOR D.C.
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208-7500
Fax: (202) 208-7515
Email: david_bos@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| COMPLAINT filed in violation of 21:841(a)(1) | |

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 02/18/2005 | 1 | MOTION to Seal Case by USA as to COURTNEY ANTHONY BAILEY. (zerd) (Entered: 02/18/2005) |
| 02/18/2005 | | ORDER granting 1 Motion to Seal Case as to COURTNEY ANTHONY BAILEY (1)Signed by Judge Charles B. Day on 10/7/03 (U.S. District Court for the District of Maryland). (zerd) (Entered: 02/18/2005) |
| 02/18/2005 | | Arrest (Rule 40) of COURTNEY ANTHONY BAILEY (zerd) (Entered: 02/18/2005) |
| 02/18/2005 | 2 | Arrest (Rule 40) Warrant Returned Executed on 2/18/05 as to COURTNEY ANTHONY BAILEY. Warrant issued by USDC for Maryland, in Prince George's Country. (zerd) (Entered: 02/18/2005) |
| 02/18/2005 | 3 | COMPLAINT as to COURTNEY ANTHONY BAILEY. (zerd) (Entered: 02/18/2005) |
| 02/18/2005 | | Minute Entry for proceedings held before Magistrate Judge Alan Kay :Removal Hearing as to COURTNEY ANTHONY BAILEY held on 2/18/05 - U.S. District Court of Maryland, Greenbelt Case Number 03-3467 CBD; waiver of rule 40 hearing; papers to be forwarded to Clerk-District of Maryland- |

| | | |
|---|---|---|
| | | Greenbelt; oral motion of government to unseal this hearing, heard and granted; commitment to another district (Greenbelt, MD) issued forthwith; defendant committed; commitment issued. Court Reporter Pro-Typists, Inc..) (jeb, ) (Entered: 05/13/2005) |
| 02/18/2005 | 5 | WAIVER of Rule 40 Hearings by COURTNEY ANTHONY BAILEY (jeb, ) (Entered: 05/13/2005) |
| 02/18/2005 | 6 | FORTHWITH COMMITMENT Issued as to COURTNEY ANTHONY BAILEY to U.S. District Court for Maryland at Greenbelt. (signed by Magistrate Judge Alan Kay on 2/18/05) (jeb, ) (Entered: 05/13/2005) |
| 02/18/2005 | | (Court only) ***Set/Clear Flags as to COURTNEY ANTHONY BAILEY (zerd) (Entered: 05/31/2005) |
| 02/22/2005 | 4 | NOTICE OF ATTORNEY APPEARANCE: David Walker Bos appearing for COURTNEY ANTHONY BAILEY. (zhsj, ) (Entered: 02/23/2005) |

United States Marshals Service
LIMITED OFFICIAL USE
Central Locator Report for BAILEY, COURTNEY (USMS 27976016)



Exhibit



2/18/2005



2/18/2005

## Prisoner Information

USMS Number : 27976016
District : d016
First Name : COURTNEY
Middle Name : ANTHONY
Last Name : BAILEY
SSN : 578063026
FBI# :
Alien :
Citizen Code : US
Last Updated : 03/25/2007

City : KINGSTON
State : JAPAN
Sex : Male
Race : Black
Eyes : BROWN
Hair : BLACK
Height : 5'6"
Weight : 160
Date of Birth : 08/13/1978

## Facility Information

| Facility Code | Admit Date | Release Date |
|---|---|---|
| 3JY | 02/18/2005 | 02/23/2005 |

06/14/2007 8:52 AM EDT

1

# COMMITMENT TO BUREAU OF PRISONS

TYPE OF COMMITMENT:

_____ Pretrial

_____ Convicted (Pending Sentence)

_____ Convicted (Sentenced)

J78637

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Exhibit

the _____ day of _____, 20 ____

UNITED STATES OF AMERICA

vs

CRIMINAL NO. _____

THIS NUMBER REPLACES _____

OFFENSE(S) _____

_____

_____

_____

_____
(Name of Defendant)

_____
(DOB, PDID, DCDC Numbers)

CODE VIOLATION: _____

_____

TO:   Attorney General of the U.S.
      Director, Bureau of Prisons

The Court has ordered that the above named defendant be committed to the Bureau of Prisons; therefore receive into your custody the body of said defendant and safely keep in your custody until further order, and this shall be your sufficient warrant.

By the Court: _____

NANCY MAYER-WHITTINGTON, CLERK

By _____
   Deputy Clerk         (Seal)

Defendant's Court Return Date: _____ Status _____ Sentence _____

Motion _____ Trial _____

SENTENCE IMPOSED BY THE COURT:

_____ Months incarceration; Supervised Release of _____ years to follow.

Total Special Assessment $_____    Total Fine $ _____

Medical Treatment: _____

Court Recommends Incarceration at: _____

BOND SET/REDUCED: _____

OTHER: _____

CO-183 MJ (Rev 1/98).

AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

DISTRICT OF _Columbia_

FILED
FEB 1 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DIS

Exhibit

UNITED STATES OF AMERICA
V.

Courtney Anthony Bailey

COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: 05-0861M-01

The defendant is charged with a violation of __21__ U.S.C. __841__ alleged to have been committed in the _____ District of _Maryland, Greenbelt_

Brief Description of Charge(s):

C.S.A.

United States District Court
for the District of Columbia
A TRUE COPY

NANCY MAYER-WHITTINGTON, Clerk

By _Kimberly Ray_
Deputy Clerk

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_February 18, 2005_
Date

_[signature]_
Judicial Officer

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 2/23/05 | Greenbelt | 2/23/05 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 2/23/05 | George Walsh | _[signature]_ |

*** LIMITED OFFICIAL USE ***

DATE: 06/14/2007  TIME: 14:06  PAGE:  2

UNITED STATES MARSHALS SERVICE
PRISONER TRACKING SYSTEM
DISTRICT OF COLUMBIA
DISTRICT: 16   OFFICE: DC

INDIVIDUAL CUSTODY AND DETENTION REPORT USM (129)

NAME:  BAILEY, COURTNEY ANTHONY
USMS NUMBER: 27976016

Exhibit

JDY   D.C. JAIL        02/18/2005   02/23/2005      5

              TOTAL DAYS BOARDED       5

THIS INFORMATION IS THE PROPERTY OF THE U.S. MARSHALS SERVICE AND SHALL NOT
BE PUBLICLY RELEASED OR DISSEMINATED WITHOUT U.S. MARSHALS SERVICE AUTHORITY.

***** END OF REPORT *****

*** LIMITED OFFICIAL USE ***

LIMITED OFFICAL USE



UNITED STATES MARSHALS SERVICE
PRISONER TRACKING SYSTEM
DISTRICT OF DISTRICT OF MARYLAND
DISTRICT: 37 OFFICE: GRN
INDIVIDUAL CUSTODY AND DETENTION REPORT USM 129
NAME: BAILEY, COURTNEY ANTHONY
USMS NUMBER: 27976016

## IV. CHRONOLOGICAL PRISONER HISTORY

| INST CODE | INSTITUTION NAME | ADMIT DATE | RELEASE DATE | DAYS BOARDED | ACTION OR DISPOSITION |
|---|---|---|---|---|---|
| CEL | CELLBLOCK | 02/23/2005 | 02/23/2005 | 0 | |
| 3WL | CHARLES CO JAIL | 02/23/2005 | 08/23/2005 | 181 | |
| 3AF | MONTGOMERY CO DC | 08/23/2005 | 01/31/2006 | 161 | |
| 2GM | NE OHIO CORR CTR | 01/31/2006 | 04/24/2006 | 83 | |
| | | | TOTAL DAYS BOARDED | 425 | |

Exhibit

## V. MEDICAL CONDITION/TREATMENT HISTORY

| DATE SERVICE PROVIDED | VENDOR | SERVICE PROVIDED |
|---|---|---|
| 09/20/2005 | DIAMOND PHARMACY | SULFATRIM DS |