UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COURTNEY ANTHONY BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-283 (CKK) |
| | ) | |
| UNITED STATES MARSHALS SERVICE, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE REGARDING SERVICE OF DEFENDANTS' MOTION
TO DISMISS AND MOTION TO STAY BRIEFING ON
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

On May 12, 2008, counsel for the Defendants mailed a copy of Defendants' Motion to Dismiss and Defendants' Motion to Stay Briefing on Plaintiff's Motion for Summary Judgment to Courtney Bailey, who is a *pro se* prisoner. On May 28, 2008, the mailed copies of the motions were returned to counsel for the Defendants with a note that they could not be delivered. Counsel for the Defendants confirmed that the P.O. Box number, city, state, and zip code listed on the envelope were correct, but noticed that the federal penitentiary at which Bailey is incarcerated was mistakenly listed as Allentown instead of Allenwood. On May 29, 2008, counsel for Defendants re-served the foregoing motions on Bailey by mailing them to the Allenwood penitentiary. A revised certificate of service is attached.

On May 20, 2008, the Court ordered Bailey to respond to the Motion to Dismiss by June 25, 2008. Defendants consent to extending the time for Bailey to respond to the motion to dismiss and the motion to stay briefing in light of the fact that service of the motions was not perfected on May 12, 2008.

        Respectfully submitted,

        _____
        JEFFREY A. TAYLOR , D.C. Bar # 498610
        United States Attorney

        _____
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

        /s/ Harry B. Roback
        HARRY B. ROBACK, D.C. Bar # 485145
        Assistant United States Attorney
        United States Attorneys Office
        555 4th Street, N.W.
        Washington, D.C. 20530
        Tel: 202-616-5309

May 29, 2008        harry.roback@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2008, I caused a copy of Defendants' Motion to Dismiss and Defendant's Motion to Stay Briefing on Plaintiff's Motion for Summary Judgment to be served on plaintiff by mailing it to the following address:

Courtney Anthony Bailey
R# 27976-016
Allenwood Federal Prison Camp
P.O. Box 1000
White Deer, PA 17887

                                                              /s/ Harry B. Roback
                                                            Harry B. Roback