*Leave to file granted.*
*Judge C Kollar-Kotelly*
*5/28/08*

Courtney Anthony Bailey #27976-016

MDC Brooklyn

80 29th Street

Brooklyn, New York

11232


Colleen Kollar-Kotelly

333 Constitution Avenue N.W.

Washington D.C.

20001

CASE: Courtney Anthony Bailey Vs U.S. Marshals

RE: IN CHAMBERS MOTION TO HOLD PROCEEDINGS IN ABEYANCE AND FOR 60 day EXTENTION TO FILE RESPONSIVE PLEADINGS.

The Honorable Colleen Kollar Kotelly:

This motion is to inform you that I have left the institution, LSCI Allenwood, and I am currently at a holdover facility in Brooklyn New York awaiting to be transferred to another institution in Phillipsburg, PA. I am unaware of the name.

I left L.S.C.I. Allenwood on the 6th of May, and anticipated to get the U.S. Marshals motion to dismiss of which you granted an extention. Let me inform you that Counsel for the US Marshals failed to serve a copy of his motion for extention in time to me, and I was unaware of this extention, until I receive a copy

of the docket sheet.

Nevertheless, this is not the issue, the issue is that I am currently cut off from all my correspondences, due to my transfer.

I am unable to traverse a motion to dismiss, neither defend a responsive pleading from this defendant. Today's date is May 16th, 2008 and I have not received any legal mail since I have been in transit awaiting to be transferred to my designation.

RELIEF

I, Courtney Anthony Bailey respectfully prays that all matters in regards to this matter be held in abeyance, and or grant a sixty day extention in time, if and when I receive the defendant(s) motion to dismiss.

Respectfully,
Courtney Bailey
COURTNEY BAILEY

Please have the clerk notify me if you received this, so that I can be aware that you read this in chambers motion.