Courtney Anthony Bailey #27976-016
M.V.C.C.
555 Cornell Drive
Phillipsburg, Pa
16866

Clerk of the Court
U.S. District Court for D.C.
333 Constitution Avenue
Washington D.C.
20001

RECEIVED

JUN 11 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: Notice of address change
    Case No. 08-283 CKK (Courtney Anthony Bailey Vs. U.S. Marshals et al)

    Clerk of the Court:

    This is to give notice to the court that there has been a change of adress for the Plaintiff in the above captioned case. The Plaintiff's address is listed above. Please send all mailings to the address above.
    I respectfully request that you file stamp the additional copy of this letter enclosed, and return it to the self addresses envelope enclosed.
    I have also informed counsel for the Defendant of this change.
    Also if you do not mind, can u please send me an up to date docket sheet.

                        Respectfully,

                        Courtney Bailey
                        Courtney Anthony Bailey
                        June 5, 2008

CC: file

page 1 of 1

CERTIFICATE OF SERVICE

    I hereby that on this 5th day of JUne 2008, I caused the foregoing change of address to be mailed U.S. postage prepaid to the Clerk of the Court for the U.S. District Court for D.C., addressed as folows:

Clerk of the Court
U.S. District Court for D.C.
333 Constitution Avenue
Washington D.C.
20001

*Courtney Bailey* (signature)
Cour~~tney Anthony Ba~~iley
M.V.C.C.
555 Cornell Drive
Phillipsburg, Pa
16866

page 1 of 1