UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COURTNEY ANTHONY BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-283 (CKK) |
| | ) | |
| UNITED STATES MARSHALS SERVICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**SUPPLEMENTAL NOTICE REGARDING SERVICE OF DEFENDANTS'
MOTION TO DISMISS AND MOTION TO STAY BRIEFING ON
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

On May 28, 2008, plaintiff, a federal prisoner, informed the Court that the Bureau of Prisons was in the process of transferring him to another facility. Counsel for the United States Marshals Service has determined that plaintiff is now residing at the Moshannan Valley Correctional Institution, 555 I Cornell Drive, Philipsburg, PA 16866. On June 16, 2008, counsel for the Marshals Service mailed a copy of the agency's motion to dismiss and motion to stay briefing on plaintiff's motion for summary judgment to the Philipsburg, PA address.

Plaintiff's responses to the Marshals Services's motions are not due until August 15, 2008. He should have sufficient time to respond to the motions, but if he believes that he needs additional time the Marshals Service does not have any objection to a short extension.

Respectfully submitted,

JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

|  |  |
|---|---|
| | /s/ Harry B. Roback |
| | HARRY B. ROBACK, D.C. Bar # 485145 |
| | Assistant United States Attorney |
| | United States Attorneys Office |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | Tel: 202-616-5309 |
| June 16, 2008 | harry.roback@usdoj.gov |