UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COURTNEY ANTHONY BAILEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES MARSHALS ) <br> SERVICE, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 08-283 (CKK) |

**MOTION TO EXTEND TIME FOR FEDERAL
DEFENDANTS TO RESPOND TO AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), the Federal Defendants hereby move for an extension of time until August 1, 2008 to respond to the pro se Plaintiff's Amended Complaint in this action. As the Defendants demonstrate below, good cause exists for this modest extension[1]

1. In the Amended Complaint, Plaintiff alleges that four unnamed Deputy United States Marshals have violated his civil rights by taking him from the District of Columbia to Maryland pursuant to an Order from a Federal Magistrate Judge in Greenbelt, Maryland.[2]

2. The Federal Defendants' response is currently due on July 18, 2008. The Federal Defendants have been working diligently to assess the allegations made in Plaintiff's Amended Complaint and respond to those allegations. However, the Federal Defendants need a modest

---

[1] Plaintiff is proceeding pro se and is incarcerated at a penitentiary. Therefore, LcvR 7(m) is not applicable to this motion.

[2] The Federal Defendants do not waive any arguments or responses that these unnamed individuals may have by filing this motion.

extension to complete this process.

   3. Plaintiff will not be prejudiced by this extension.

   4. This is the Federal Defendants' first request for an extension.

A proposed order is attached.

                                       Respectfully submitted,

                                       /s/
                                       JEFFREY A. TAYLOR , D.C. Bar # 498610
                                       United States Attorney

                                       /s/
                                       RUDOLPH CONTRERAS, D.C. Bar # 434122
                                       Assistant United States Attorney

                                       /s/
                                       HARRY B. ROBACK, D.C. Bar # 485145
                                       Assistant United States Attorney
                                       United States Attorneys Office
                                       555 4th Street, N.W.
                                       Washington, D.C. 20530

July 14, 2008                         Tel: 202-616-5309
                                       harry.roback@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2008 I served plaintiff with the Federal Defendants' Motion to Extend Time To Respond To Amended Complaint by mailing it to the following address:

Courtney Bailey
R# 27976-016
CI Moshannan Valley
Correctional Institution
555 I Cornell Drive
Philipsburg, PA 16866

/s/
Harry B. Roback

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COURTNEY ANTHONY BAILEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES MARSHALS ) <br> SERVICE, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 08-283 (CKK) |

**PROPOSED ORDER**

Upon consideration of the Motion to Extend Time For Defendants to Respond to the Amended Complaint, it is hereby

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the United States Marshals Service shall respond to the Amended Complaint by August 1, 2008.

SO ORDERED.

Date: _____                    _____
                                                                    United States District Judge