UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COURTNEY ANTHONY BAILEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> UNITED STATES MARSHALS SERVICE ) <br> et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 08-283 (CKK) |

**PLAINTIFF'S MOTION CONCEDING TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO AMENDED COMPLAINT**

**AND NOW COMES,** Courtney Anthony Bailey, a natural person, on his own behalf, unassisted by Counsel, cecedes to the extention of time requested by Defendants as follows.

On July 14, 2008 Plaintiff was served with the Federal Defendants' motion to Extend time to respond to Amended Complaint. Plaintiff received Defendant's motion, but the Defendants are continuing to argue Count 3 of the "old" complaint.

In Defendant's motion for extention in time, the Defendant is continuing to mislead the Court.

The Defendant states in the extention in time that:

**In the Amended Complaint, Plaintiff alleges that four Deputy
United States Marshals have violated his civil rights by taking him
from the District of Columbia to Maryland pursuant to an Order from
a Federal Magistrate Judge in Greenbelt, Maryland.**

RECEIVED
JUL 23 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The purpose of the Amended Complaint was to exclude Count 3 "Unlawful transportation of Plaintiff across District of Columbia lines", with an Amended Count 3 "abuse of process"

More specifically the Amended Complaint never mentions how many United States Marshals violated his civil rights. Plaintiff has no clue of how Defendants' derive that "four" Deputy Marshals violated Plaintiff's rights.

Furthermore the Amended Complaint is grounded upon the "Unknown United States Marshals" removing Plaintiff from the D.C. Jail on **February 18, 2005,** after the D.C. Superior Court issued its process **(ORDER FOR THE RETURN OF FUGITIVE UPON WAIVER)** on **February 17, 2005,** which ordered Plaintiff detained at the District of Columbia Jail pending return to the State of Maryland in the custody of the "proper officials" of that State. See D.C. Superior Court process attached hereto.

**CONCLUSION**

Defendants should be granted an extention in time, "only" to the extent that Defendant's can accurately respond to Plaintiff's "allegations" of 1. "false arrest", 2. "false imprisonment", and 3. "abuse of process", otherwise there is no controversy on these claims and the appropiate means of relief would be summary judgement in favor of the Plaintiff.

**CERTIFICATE OF SERVICE**

I hereby that on July 18, 2008, I served Defendant with the Motion conceding to extend time for Defendants to respond to Amended Complaint by mailing it to the following address:

Harry B. Roback
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington D.C. 20530

                                      Respectfully,

                                      Courtney Anthony Bailey #27976-016
                                      M.V.C.C.
                                      555 Cornell Drive
                                      Phillipsburg, PA
                                      16866