UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| COURTNEY ANTHONY BAILEY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-0283 (CKK) |
| UNITED STATES MARSHALS SERVICE *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER

Defendant United States Marshal Service has filed a motion to dismiss the plaintiff's amended complaint for lack of subject matter jurisdiction, for failure to effect proper service, and for failure to state a claim on which relief may be granted. Because the motion could potentially dispose of this case, the Court will advise the *pro se* plaintiff of a plaintiff's obligations under the Federal Rules of Civil Procedure and the rules of this Court, and allow him time to file a respond to the motion. See Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988); Ham v. Smith, 653 F.2d 628 (D.C. Cir. 1981); Hudson v. Hardy, 412 F.2d 1091 (D.C. Cir. 1968).

The plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

Local Civil Rule 7(b). In other words, the Court may treat as conceded any motion not opposed within the stated time limits. Alternatively, the Court may consider on the merits any motion not

opposed within the stated time limits.  Failure to respond to the motion within the time limits carries with it the risk that the case will be dismissed.  It is therefore

ORDERED that no later than September 12, 2008, the plaintiff shall file his response to the Marshals Service's motion to dismiss.  If the plaintiff does not timely respond, the Court may consider the motion on its merits or treat the motion as conceded and dismiss the complaint.

|  |  |
|---|---|
| Date:  August 4, 2008 | /s/<br>COLLEEN KOLLAR-KOTELLY<br>United States District Judge |